# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE ROLANDA HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>H.A. RIOS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO.   1:09-cv-781-MJS (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION<br><br>(ECF No. 38)<br><br>PLAINTIFF'S SECOND AMENDED COMPLAINT DUE MARCH 23, 2011 |

　　Plaintiff Donte Harris ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion for Extension seeking an additional thirty days to file his amended complaint.  Plaintiff asserts that additional time is necessary due to a transfer of facilities.

　　For good cause shown, Plaintiff's Motion for Extension is GRANTED.  Plaintiff shall file his second amended complaint not later than **March 23, 2011**.  Plaintiff is warned that failure to comply with this order could result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated:   February 14, 2011　　　　　　／s／ *Michael J. Seng*

```
```
UNITED STATES MAGISTRATE JUDGE

UNITED STATES MAGISTRATE JUDGE