UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE ROLANDO HARRIS, | CASE NO.   1:09-cv-781-MJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| v. | (ECF No. 44) |
| H.A. RIOS, JR., et al. | PLAINTIFF'S FOURTH AMENDED COMPLAINT DUE JULY 20, 2011 |
| Defendants. | |

Plaintiff Dante Rolando Harris ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion for Fourth Amended Complaint.  (ECF No. 44.)  Plaintiff seeks leave to file a fourth amended complaint that "will encompass retaliatory actions by named parties and additional parties."  (*Id*.)

On April 5, 2011, the Court screened Plaintiff's Second Amended Complaint and found that he had stated claims for violation of his rights under the First Amendment for interference with his mail.  The Court granted Plaintiff leave to amend his complaint to attempt to attribute additional wrongs to the named Defendants and cure deficiencies in his other claims. (ECF No. 42.)  Plaintiff then filed a Third Amended Complaint which the Court has yet to screen.

Because the Federal Rules allow for liberal amendments of the pleadings, see Fed. R. Civ. P. 15, the Court will allow Plaintiff to file a fourth amended complaint.  However,

1

Plaintiff is warned that any attempt to include claims and/or defendants that are not related to the events central to his prior complaints will be dismissed. Plaintiff was previously warned that "although he has been given leave to amend, it is only for the purposes of amending the current claims, not for adding new claims or defendants. Plaintiff should focus the amended complaint on the main issues illustrated herein." (ECF No. 42 at 11.) Plaintiff must heed this warning when drafting his fourth amended complaint. The Court will not look favorably upon any attempts to broaden the scope of this litigation. If Plaintiff wants to assert additional unrelated claims, he is free to do so in a separate legal action.

Accordingly, Plaintiff's Motion for Leave to Amend is GRANTED. Plaintiff's fourth amended complaint shall be filed not later than **July 20, 2011**.

IT IS SO ORDERED.

Dated:   June 14, 2011              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE