# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE ROLANDO HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. A. RIOS, et al.,<br><br>　　　　　Defendants. | Case No. 1:09-cv-00781-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR STATUS**<br><br>**(ECF No. 99)** |

　　　　Plaintiff Donte Rolando Harris, a federal prisoner proceeding pro se, filed this civil rights action on April 27, 2009 pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971). This matter is in the discovery phase.

　　　　Before the Court is Plaintiff's request for status of Defendants' motion for summary judgment reportedly served on September 9, 2013 but not received by Plaintiff.

　　　　It appearing to Defendant that the originally served motion had been lost in the mail, Defendants re-served the motion on Plaintiff on November 14, 2013.  Plaintiff's time for filing opposition and related papers began running November 14, 2013.

　　　　The foregoing constituting a report of the status of this case, Plaintiff's motion for status (ECF No. 99) is GRANTED.

IT IS SO ORDERED.

Dated:　　December 2, 2013　　　　　　/s/ *Michael J. Seng*

1

UNITED STATES MAGISTRATE JUDGE