# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE ROLANDO HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>H.A. RIOS, et al.,<br><br>    Defendants. | CASE No. 1:09-cv-00781-MJS (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR PRETRIAL SCHEDULING ORDER**<br>**(ECF No. 115)** |

Plaintiff is a federal prisoner proceeding pro se in this civil rights action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). On September 5, 2014, Plaintiff filed a motion for issuance of a second scheduling order setting dates for pretrial conference and trial.

On September 12, 2014, the Court issued a Second Scheduling Order setting telephonic trial confirmation hearing for April 16, 2015 at 1:30 p.m. in Courtroom 6 (MJS) and trial for June 2, 2015 at 8:30 a.m. in Courtroom 6 (MJS).

Accordingly, Plaintiff's motion for a second scheduling order (ECF No. 115) is DENIED as moot.

IT IS SO ORDERED.

Dated:   September 18, 2014           /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

1