1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   DONTE ROLANDO HARRIS,                 CASE NO. 1:09-cv-00781-MJS (PC)

10                Plaintiff,               **ORDER DENYING MOTION TO**
                                          **ADVANCE TRIAL DATE**
11        v.
                                          **(ECF No. 145)**
12   H.A. RIOS, et al.,

13                Defendants.

14

15

16        Plaintiff is a federal prisoner proceeding pro se in this civil rights action filed April

17   27, 2009 pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of</u>

18   <u>Narcotics</u>, 403 U.S. 388 (1971). The action proceeds on Plaintiff's First Amendment

19   claim against Defendants Gonzaga, Cobb, Zaragoza, and Valero for delay in delivery

20   of incoming seized mail; his First Amendment claim against Defendant Cobb for

21   interception and seizure of outgoing mail; and his Fifth Amendment due process claim

22   against Defendants Estrada, Cobb, Valero, and Zaragoza for failing to provide notice

23   his mail was seized. Trial is set for August 20, 2015.

24        Before the Court is Plaintiff's July 24, 2015 motion to advance the trial date.

25   (ECF No. 145.) Prior to Plaintiff's motion being filed, Defendants peremptorily objected

26   to any change in the trial date due to difficulties inherent in coordinating the schedules

27   of the five Defendants and their attorney. (ECF No. 142.)

28

The Court is sympathetic to Plaintiff's desire to expeditiously bring this matter to trial. However, the trial date is presently less than a month away, and the Court's calendar is such that it cannot accommodate an earlier trial date.

Accordingly, Plaintiff's motion to advance the trial date is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   July 26, 2015          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

2