UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE ROLANDO HARRIS,<br><br>          Plaintiff,<br><br>     v.<br><br>H.A. RIOS, et al.,<br><br>          Defendants. | CASE NO. 1:09-cv-00781-MJS (PC)<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO REOPEN PRETRIAL STATEMENT AND SUBMIT ADDITIONAL EXHIBITS**<br><br>**(ECF No. 143)** |

Plaintiff is a federal prisoner proceeding pro se in this civil rights action filed April 27, 2009 pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The action proceeds on Plaintiff's First Amendment claim against Defendants Gonzaga, Cobb, Zaragoza, and Valero for delay in delivery of incoming seized mail; his First Amendment claim against Defendant Cobb for interception and seizure of outgoing mail; and his Fifth Amendment due process claim against Defendants Estrada, Cobb, Valero, and Zaragoza for failing to provide notice his mail was seized. Trial is set for August 20, 2015.

Before the Court is Plaintiff's June 26, 2015 motion to partially reopen his pretrial statement and to submit additional exhibits. (ECF No. 145.) Plaintiff states that the additional exhibits constitute approximately five pages of his personal property

record, registered mail receipts, and certified mail receipts. Defendants filed an opposition. (ECF No. 144.) Plaintiff filed no reply.

The Court's April 16, 2015 pretrial order advised Plaintiff that no exhibits, other than those listed, would be admitted absent a stipulation or upon a showing of "manifest injustice." (ECF No. 124.) Fed. R. Civ. P. 16(e); Local Rule 281(b)(11). Defendants' opposition reflects that there is no stipulation regarding Plaintiff's proposed exhibits. Nor has Plaintiff shown that manifest injustice will result if the proposed exhibits are excluded. Indeed, Plaintiff offers no explanation for his request.

Based on the foregoing, Plaintiff's request to reopen his pretrial statement to add additional exhibits is insufficient. It therefore is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated:   July 28, 2015                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE